Everett W. FAY, et al. v. Paul A. VAN ELLS, et al., No. 96-75

December 16, 1976. No answer in opposition having been filed with this Court, Motion for Enlargement of Time in which to file bill of costs filed on December 8, 1976, is hereby granted.

Victor L. PERRON and Laurette D. Perron v. Kenneth W. BROWN, Jr., Connie C. Brown and Perron & Brown, Inc., No. 264-75

December 16, 1976. There being no final judgment below, and no certification under V.R.A.P. 5, the appeal is dismissed.

William Lester GORMLY v. Barbara Irene GORMLY, No. 103-76

December 16, 1976. Appeal dismissed for lack of compliance with progress order of October 15, 1976.

Theodore MAYO v. THE MOUNTAIN TRUST and Robert P. Davison, Jr., No. 259-75

December 20, 1976. The parties not having complied with the rules and calendared argument not having been observed, the matter will be decided on briefs. The appellant has fourteen days from date of this order to file a reply brief.

CIT FINANCIAL SERVICES CORPORATION v. Edmund GIBBONS, Linda Gibbons and Allan F. Cole, No. 314-75

December 21, 1976. Appeal dismissed for lack of compliance with progress order of October 5, 1976.

Walter HENDRICKS and Flora B. Hendricks v. George W. DIETRICH and Julia A. Dietrich, No. 109-76

December 21, 1976. Appellees' motion to dismiss appeal denied. Appellants' motion for order for relief pending appeal denied.

Yolanda D. CUTLER and Franklin Cutler v. THE TRAVELERS INSURANCE COMPANY and Eugene Graveline, No. 238-76

December 21, 1976. The judgment below is stricken pro forma, and the cause is remanded with leave to the parties to amend their pleadings consistent with provisions of law, if they be so advised.